926

No. 626.   NICK v. DUNLAP, ACTING COLLECTOR OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied. *S. L. Mayo* and *J. Edwin Fleming* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Maryhelen Wigle* for respondent.

No. 634.   PARKER v. DELANEY, COLLECTOR OF INTERNAL REVENUE.   C. A. 1st Cir.   Certiorari denied.   *Edward C. Thayer* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 636.   ANGLIN v. UNITED STATES ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Mark P. Friedlander* for petitioner.   *Solicitor General Perlman* filed a memorandum for the United States, respondent, stating that the Government in effect occupies the role of a stakeholder and takes no position as to whether the writ of certiorari should issue.   *George A. Hospidor* and *Charles V. Imlay* for Barron, respondent.

No. 639.   LE ROY DYAL Co., INC. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Charles A. Horsky* and *Charles F. Barber* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 646.   LEAHY, EXECUTOR, v. KALIS.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *James F. Reilly* and *Eugene B. Sullivan* for petitioner.   *Leo A. Rover* for respondent.